UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTY SNOW,<br><br>          Plaintiff,<br><br>v.<br><br>ALIGN TECHNOLOGY INC,<br><br>          Defendant. | Case No. 22-mc-80258-VC (TSH)<br><br>**ORDER DENYING MOTIONS TO SEAL**<br><br>Re: Dkt. Nos. 35 , 37 |

On November 2, 2022, Plaintiffs filed two motions to consider whether another party's materials should be sealed. ECF Nos. 35, 37. Both motions stated that Align and SmileDirectClub ("SDC") had designated the materials at issue as confidential. Both motions were accompanied by a certificate of service showing they were served on Align and SDC. Under Civil Local Rule 79-5(f)(3), Align and SDC had seven days to file a statement or declaration to support a request to seal. The rule further provides that "[a] failure to file a statement or declaration may result in the unsealing of the provisionally sealed document without further notice to the Designating Party." Fourteen days have passed, and neither Align nor SDC has filed the required statement or declaration. Accordingly, the motions to seal are denied. The Court orders Plaintiffs to file the materials at issue in the public record no sooner than five days and no later than 10 days from today

**IT IS SO ORDERED.**

Dated: November 16, 2022

THOMAS S. HIXSON
United States Magistrate Judge