UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISTY SNOW,<br><br>    Plaintiff,<br><br>    v.<br><br>ALIGN TECHNOLOGY INC,<br><br>    Defendant. | Case No. 22-mc-80258-VC (TSH)<br><br>**ORDER RE: MOTION FOR RELIEF**<br><br>Re: Dkt. No. 43 |

SmileDirectClub, LLC and SDC Financial, LLC's ("SDC's") motion for relief is granted. Exhibit K to the motion to compel is ordered sealed. SDC's motion asks the Court to seal the "highlighted portions" of the motion to compel on pages 16 and 18. However, there are no highlighted portions of that document. The Court thinks that SDC means that the material that was redacted on pages 16 and 18 of the public version of the motion to compel (and, thus, should have been highlighted in the under seal motion to compel) should remain under seal. The Court agrees and grants that request.

**IT IS SO ORDERED.**

Dated: December 1, 2022

_____
THOMAS S. HIXSON
United States Magistrate Judge